THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LANCE PAULIN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS PRATTS, Appellant.

Submitted May 2, 2011; decided May 5, 2011

Motion by New York City Bar Association for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.

DONNA PONHOLZER et al., Respondents, v EDWARD D. SIMMONS, M.D., et al., Appellants.

Submitted March 7, 2011; decided May 5, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JENNIFER SNIFFEN, Respondent, v ARTHUR WEYGANT, Appellant. (And Two Other Related Proceedings.)

Submitted March 28, 2011; decided May 5, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.